55 A.3d 100

**Hassan MAYHEW, Petitioner**

v.

**COURT OF COMMON PLEAS of Philadelphia, Attorney General Office, Commonwealth of Pennsylvania, Respondents.**

**No. 145 EM 2012.**

Supreme Court of Pennsylvania.

Oct. 16, 2012.

### *ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2012, the Application for Leave to File Original Process is **GRANTED.** To the extent the Petition for Writ of Mandamus and/or Extraordinary Relief requests extraordinary relief, it is **DENIED.** To the extent that the Petition for Writ of Mandamus and/or Extraordinary Relief requests mandamus relief, it is **GRANTED IN PART.** The Court of Common Pleas of Philadelphia County is directed to dispose of Petitioner's pending Post Conviction Relief Act petition within 90 days of our order.